# Exhibit B

DOUGLAS ELLIMAN

PAID TO: WEBB COMMUNICATIONS
12 WEST 37TH STREET
10TH FLOOR
NEW YORK, NY 10018

CHECK NO. 9339

CHECK DATE: 12/21/04   *TOTAL AMOUNT: 5,000.00

PAYEE: 77093

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/14/04 | 3166 | WEB CONSULTING | 5,000.00 |

The Bank of New York    1-1/210    9339

**DOUGLAS ELLIMAN**
(212) 891-7125
575 MADISON AVENUE
NEW YORK, NY 10022

DATE: 12/21/04 *

AMOUNT: $5,000.00

Pay FIVE THOUSAND NO/100

To The
Order Of: WEBB COMMUNICATIONS
12 WEST 37TH STREET
10TH FLOOR
NEW YORK, NY 10018

VOID AFTER 90 DAYS

Ronald J. Mill

Authorized Signature

⑈00009339⑈ ⑆021000018⑆ ⑈630275 2786⑈

# Webb Communications

12 West 37th Street, 10th Fl.
New York, NY 10018
212.695.7022, x313 Fax 212.695.2527

Toll-Free: 888-Get-Webb (888-438-9322)
E-mail: support@sitespan.com

**INVOICE**

INVOICE NO: 3166
DATE: December 14, 2004

**To:**
Faith Consolo
Douglas Elliman
575 Madison Avenue
New York, NY 10022

**Fax/Telephone:**

Tel - (212) 850-0200

| SALESPERSON | P.O. NO. | MONTH | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Steve Collins | NA | 12/04 | NA | NYC | Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Website consulting and update -- www.Faith-Consolo.com

50% retainer for commencing required website updates as noted below. Total project scope = $10K including:

--Update of site to eliminate / change all reference to previous relationship with Garrick Aug (including corporate name, contact numbers, etc); Addition of appropriate references to reflect Douglas Elliman Corporate name; Posting of revised (draft site) for review and approval in test area; Discussion of required updates noted below; (60+ hours, including meetings).

--Updates to site information & select graphics (images/photos) contained in Flash elements; and following sections: Properties Section, Faith Report, and News Sections (38+ hours)

--Other consulting & meetings (including updates to relevant domain registrant address and contact info; assistance with modification to E-mail forwarding related to faith-consolo.com domain; plans for site enhancements) -- (7 hours)

--Standard Terms: 50% retainer due upon commencement of work / 50% remainder -- ($5000 balance) upon completion of work. |  | $5000 |
|  | **TOTAL DUE** |  | **$5000** |

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call: 212-695-7022, ext 313
**THANK YOU FOR CHOOSING WEBB!**

A

| PAID TO: | WEBB COMMUNICATIONS<br>12 WEST 37TH STREET<br>10TH FLOOR<br>NEW YORK, NY 10018 | | CHECK NO. | 11082 |

| PAYEE: 77093 | | CHECK DATE: 3/28/05 | TOTAL AMOUNT: 5,000.00 |

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 3/08/05 | 3236 | FHC WEBSITE UPGRADE | 5,000.00 |

**DOUGLAS ELLIMAN**
(212) 891-7125
575 MADISON AVENUE
NEW YORK, NY 10022

The Bank of New York      1-1/210      **11082**

| DATE | AMOUNT |
| --- | --- |
| 3/28/05 | $5,000.00 |

Pay FIVE THOUSAND NO/100

To The
Order Of:  WEBB COMMUNICATIONS
12 WEST 37TH STREET
10TH FLOOR
NEW YORK, NY 10018

VOID AFTER 90 DAYS

Authorized Signature

⑈000 11082⑈  ⑆021000018⑆  ⑈630 275 2786⑈

Product

## Webb Communications

12 West 37th Street, 10th Fl.
New York, NY 10018
212.695.7022, x313 Fax 212.695.2527

Toll-Free: 888-Get-Webb (888-438-9322)
E-mail: support@sitespan.com

**INVOICE**

INVOICE NO: 3236
DATE: **March 8, 2005**

To:
Faith Hope Consolo
Douglas Elliman
575 Madison Avenue
New York, NY 10022

Fax/Telephone:

Tel - (212) 850-0200

| SALESPERSON | P.O. NO. | MONTH | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Steve Collins | NA | 3/06 | NA | NYC | Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Retainer for Website consulting and Redesign – www.Faith-Consolo.com |  | $5000 |
|  | **TOTAL DUE** |  | $5000 |

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call: 212-695-7022, ext 313
**THANK YOU FOR CHOOSING WEBB!**

**DOUGLAS ELLIMAN**

| | | PAID TO: | WEBB COMMUNICATIONS, INC.<br>16 EAST 40TH STREET<br>6TH FLOOR<br>NEW YORK, NY 10016 | CHECK NO. | 17466 |
|---|---|---|---|---|---|
| PAYEE: | 77093 | | | CHECK DATE: 3/06/06   TOTAL AMOUNT: | 299.70 |

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/03/06 | 6037 | WEB SITE HOSTNG JAN.06-JUNE 06 | 299.70 |

---

**DOUGLAS ELLIMAN**
(212) 891-7603
575 MADISON AVENUE
NEW YORK, NY 10022

The Bank of New York         1-1/210         **17466**

| DATE | AMOUNT |
|---|---|
| 3/06/06 | $299.70 |

Pay  TWO HUNDRED NINETY NINE AND 70/100

To The
Order Of:  WEBB COMMUNICATIONS, INC.
16 EAST 40TH STREET
6TH FLOOR
NEW YORK, NY 10016

VOID AFTER 90 DAYS

*Authorized Signature*

⑈000 17466⑈  ⑆0 210000 18⑆  ⑈630 2752786⑈



**Webb Communications, Inc.**
915 Broadway, Suite 1005
New York, NY 10010
Tel.: 212 695-7022
Fax: 212 260-1568
E-mail: info@sitespan.com



Date: 1/3/2006

Invoice #: 6037

| Bill To: |
|---|
| Prudential Douglas Elliman<br>575 Madison Avenue<br>3rd Floor<br>New York, NY 10022<br>Attn: Faith H Consolo |

| Salesperson | Billing Period | Terms | P.O. No. |
|---|---|---|---|
| SC | 01/1/06 - 06/30/06 | Due on receipt | |

| Date | Description | Amount |
|---|---|---|
| 6 Months | Web Site Hosting | 299.70 |
| | **TOTAL:** | **$299.70** |

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call 212 695-70200, ext 313.
THANK YOU FOR CHOOSING WEBB!

| | PAID TO: | WEBB COMMUNICATIONS, INC.<br>16 EAST 40TH STREET<br>6TH FLOOR<br>NEW YORK, NY 10016 | CHECK NO. | 15677 |
|---|---|---|---|---|
| PAYEE: 77093 | | | CHECK DATE: 12/05/05   TOTAL AMOUNT: | 269.70 |

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/03/05 | 6014 | WEBSITE HOSTNG JUL-DEC 2005 | 269.70 |

 **Webb Communications, Inc.** 

915 Broadway, Suite 1005
New York, NY 10010
Tel.:   212 695-7022
Fax:   212 260-1568
E-mail:   info@sitespan.com

Date: 11/3/2005

Invoice #: 6014

**Bill To:**

Prudential Douglas Elliman
575 Madison Avenue
3rd Floor
New York, NY 10022
Attn: Faith H Consolo

| Salesperson | Billing Period | Terms | P.O. No. |
|---|---|---|---|
| SC | 7/1/05 - 12/31/05 | Due on receipt | |

| Date | Description | Amount |
|---|---|---|
| 6 Months | Web Site Hosting at $44.95 per month. | 269.70 |

**TOTAL:** $269.70

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call 212 695-70200, ext 313.
THANK YOU FOR CHOOSING WEBB!

# Webb Communications

12 West 37th Street, 10th Fl.
New York, NY 10018
212.695.7022, x313  Fax 212.695.2527

Toll-Free: 888-Get-Webb (888-438-9322)
E-mail: support@sitespan.com

# INVOICE

INVOICE NO: 3252
DATE: March 25, 2005

To:
Faith Hope Consolo
faith-consolo.com
575 Madison Avenue
3rd Floor
New York, NY  10022

Fax/Telephone:
(212) 418-2025
(212) 418-2020

| SALESPERSON | P.O. NO. | MONTH | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Steve Collins | NA | 4/05 – 6/05 | NA | NYC | Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | 3 months of Site Hosting:   faith-consolo.com | $39.95 | $119.85 |
|  |  | **TOTAL DUE** | $119.85 |

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call: 212-695-7022, ext 313
**THANK YOU FOR CHOOSING WEBB!**

| | | PAID TO: WEBB COMMUNICATIONS<br>12 WEST 37TH STREET<br>10TH FLOOR<br>NEW YORK, NY 10018 | CHECK NO. | 11834 |
|---|---|---|---|---|
| PAYEE: 77093 | | CHECK DATE: 5/09/05 | TOTAL AMOUNT: | 119.85 |
| INV. DATE | INVOICE | DESCRIPTION | | AMOUNT |
| 3/25/05 | 3252 | APR-JUN 2005 SITE HOSTING | | 119.85 |

| PAID TO: | WEBB COMMUNICATIONS<br>12 WEST 37TH STREET<br>10TH FLOOR<br>NEW YORK, NY 10018 | CHECK NO. | 9941 |

PAYEE: 77093     CHECK DATE: 1/25/05     TOTAL AMOUNT: 119.85

| INV. DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/20/04 | 3189 | FAITH-CONSOLO.COM/JAN-MAR 2005 | 119.85 |

*HOST* (handwritten)

# Webb Communications

12 West 37th Street, 10th Fl.
New York, NY 10018
212.695.7022, x313 Fax 212.695.2527

Toll-Free: 888-Get-Webb (888-438-9322)
E-mail: support@sitespan.com

**INVOICE**

INVOICE NO: 3189
DATE: January 7, 2005

**To:**
Faith Hope Consolo
faith-consolo.com
575 Madison Avenue
3rd Floor
New York, NY 10022

**Fax/Telephone:**
212-953-3013
212-850-0200

| SALESPERSON | P.O. NO. | MONTH | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Steve Collins | NA | 1/05 – 3/05 | NA | NYC | Upon Receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | 3 months of Site Hosting: faith-consolo.com | $39.95 | $119.85 |
|  | **TOTAL DUE** | | $119.85 |

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call: 212-695-7022, ext 313
**THANK YOU FOR CHOOSING WEBB!**