# Exhibit C

# Statement

**Webb Communications, Inc.**
915 Broadway, Suite 1005  New York, NY 10010

Date: 03/22/07
Statement: 2007-003
Cust. ID: Prud. Doug. Elliman

To
Faith Consolo
Prudential Douglas Elliman
575 Madison Ave.
New York, NY  10022
212-891-7796 /

| Invoice | Description | Amount | Balance |
|---|---|---:|---:|
| Invoice# 6061 | Website work March- May 2005 | $9,951.25 | $9,951.25 |
| Invoice# 6065 | Website work June - August 2005 | $6,443.85 | $16,395.10 |
| Invoice# 6068 | Website work September - November 2005 | $5,747.50 | $22,142.60 |
| Invoice# 6069 | Website work December 2005 | $3,277.50 | $25,420.10 |
| Invoice# 6062 | Website work January 2006 | $3,776.25 | $29,196.35 |
| Invoice# 6063 | Website work February 2006 | $4,037.50 | $33,233.85 |
| Invoice# 6267 | Website work March- May 2006 | $14,668.75 | $47,902.60 |
| Invoice# 6268 | Website work June - September 2006 | $14,617.50 | $62,520.10 |
| Invoice# 6064 | Website Hosting July - December 2006 | $299.70 | $62,819.80 |
| Invoice# 6269 | Website work  October - December 2006 | $8,003.75 | $70,823.55 |
| Invoice # 6330 | Website hosting January -June 2007 | $299.70 | $71,123.25 |
| Invoice# 6329 | Website work January 2007 | $1,401.25 | $72,524.50 |
| Invoice# 6341 | Website Work February 2007 | $1,377.50 | $73,902.00 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|
| | | $73,902.00 | | $73,902.00 |

Remittance
Statement #   2007-003
Date           3/22/2007
Amount Due    $73,902.00
Amount Enclosed

Make all checks payable to Webb Communications, Inc.
Thank you for your business!

915 Bradway, Suite 1005, New York, NY 10010  Tel 212-695-7022 x313  Fax 212-260-1568