# Exhibit D

Case 1:07-cv-06701-PKC    Document 1-5    Filed 07/25/2007    Page 1 of 2



**Webb Communications, Inc.**
915 Broadway, Suite 1005
New York, NY 10010
Tel.: 212 695-7022
Fax: 212 260-1568
E-mail: info@sitespan.com

Date: 4/11/2007
Invoice #: 6349

| Bill To: |
|---|
| Faith Consolo |
| Prudential Douglas Elliman |
| 575 Madison Avenue, 3rd Floor |
| New York, NY 10022 |
| RE: Faith-Consolo.com website |

| Salesperson | P.O. No. | Terms | Billing Period |
|---|---|---|---|
| SC | | Due on receipt | March 2007 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| March 1-2, 2007 | Complete / post following: News section index and 2 new articles (DVNY and Mann Report); Updated property listings: 101 Willoughby, 1049 Third Ave, 1138 Third Ave; Update to medicalspaces.htm page (For 101 Willoughby Street, 1049 Third Avenue, 1138 Third Avenue; Updated area maps and downloadable flyers; for 101 Willoughby, also updated demographics page & floor plans). | 7 | 665.00 |
| March 6-7, 2007 | New property added to site: 693 Columbus, plus changes to following properties as directed by Michael:<br>101 Willoughby Street; 1796-1802 Broadway; 681-699 Columbus Avenue. | 6 | 570.00 |
| March 10, 2007 | New article posted - (Haute Living article), and articles index thumbnails order updated. | 2.5 | 237.50 |
| March 15-16, 2007 | New article posted - (NYRE Journal Women in Real Estate), and articles index thumbnails order updated. | 2.5 | 237.50 |
| March 17-19, 2007 | Property updates: Properties index page, plus property page updates:<br>1049 Third Avenue - updated space size, updated area map, updated downloadable flyer<br>1035 Third Avenue - updated area map, updated downloadable flyer<br>1138 Third Avenue - updated area map, updated downloadable flyer<br>1800 Broadway - new listing (Westside).<br>200 East 62nd Street - new listing (Eastside) | 6 | 570.00 |

**Total:** $2,280.00

Please make all checks payable to: Webb Communications Inc.
If you have any questions concerning this invoice, call 212 695-70200, ext 313.
THANK YOU FOR CHOOSING WEBB!