Paul W. Garrity
Matthew D. Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York NY 10178
(212) 808-7800
Attorneys for Plaintiff

**ECF CASE**

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6701**

| | |
|---|---|
| WEBB COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN. <br><br> Defendants. | CASE NO. <br><br><br> **RULE 7.1 STATEMENT** |



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Webb Communications, Inc. states that plaintiff has no parent corporation, and that no publicly held corporation owns 10% or more of the stock of plaintiff.

Dated: July 25, 2007

KELLEY DRYE & WARREN LLP

_____
Paul W. Garrity
Matthew D. Marcotte
101 Park Avenue
New York, NY 10178
(212) 808-7800

Attorneys for Plaintiff
Webb Communications, Inc.

NY01/MARCM/1225159.1