AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Webb Communications, Inc.

V.

Faith Hope Consolo, et ano.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 6701

JUDGE CASTEL

TO: (Name and address of Defendant)

Faith Hope Consolo
575 Madison Avenue
New York NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul W. Garrity
Kelley Drye & Warren LLP
101 Park Avenue
New York NY 10178

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON    JUL 25 2007

CLERK    DATE

(By) DEPUTY CLERK