UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEBB COMMUNICATIONS, INC., | CASE NO. 07 CIV 6701 |
| Plaintiff, | |
| -against- | |
| FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN. | **AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY AND FIRST CLASS MAIL** |
| Defendants. | |

STATE OF NEW YORK       )
                                          :   SS.:
COUNTY OF NEW YORK   )

Joseph P. McDonnell, being duly sworn, deposes and states:

1.       I am not a party to this action and I am over 18 years of age.

2.       On 25th day of July, 2007, I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; USDC/SDNY INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL; USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING; USDC/SDNY GUIDELINES OF ELECTRONIC CASE FILING; USDC/SDNY INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL N. GORENSTEIN upon Faith Hope Consolo by personal delivery of true copies thereof, to a male receptionist at Elliman Realty LLC, located at 575 Madison Avenue, New York, NY 10022. Said receptionist declined to identify himself and declined to accept the papers. I served the above papers upon said receptionist a set of the aforementioned papers by dropping the papers upon the feet of the said receptionist.

3.       The above receptionist is a black male with black hair, brown eyes, about 5'7" tall approximately 34 years old, and about 160 lbs.

    4.      On July 25, 2007, I deposited in a United States Post Office within New York State, via Regular First Class Mail, another true copy of the abovementioned documents, properly enclosed and sealed in a post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action commenced against the person served, and was addressed to Faith Hope Consolo, at the address noted below.

    Faith Hope Consolo
    575 Madison Avenue, 3rd Floor
    New York, NY 10022

                        Joseph P. McDonnell
              Process Server License Number: 1224789

Sworn to before me this
25 day of July, 2007.

                Notary Public

          **RODNEY F. FELDER**
       **Notary Public, State of New York**
          **No. 01FE4929488**
        **Qualified in Nassau County**
     **Commission Expires June 11, 2010**