AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Webb Communications, Inc.

V.

Faith Hope Consolo, et ano.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6701**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

> Douglas Elliman Realty LLC, D/B/A Prudential Douglas Elliman
> 575 Madison Avenue
> New York NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Paul W. Garrity
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York NY 10178

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                     JUL 26 2007

CLERK                                                  DATE

(By) DEPUTY CLERK