UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEBB COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN. <br><br> Defendants. | CASE NO. 07 CIV 6701 <br><br><br><br> **AFFIDAVIT OF SERVICE BY PERSONAL DELIVERY** |

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK  )

Joseph P. McDonnell, being duly sworn, deposes and states:

1. I am not a party to this action and I am over 18 years of age.

2. On 25th day of July, 2007, at 575 Madison Avenue, New York, NY 10022 I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; USDC/SDNY INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL; USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING; USDC/SDNY GUIDELINES OF ELECTRONIC CASE FILING; USDC/SDNY INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL N. GORENSTEIN upon Douglas Elliman Realty LLC, D/B/A Prudential Douglas Elliman by personal delivery of true copies thereof, to Deborah S. Kurtzberg, Executive Legal Assistant who stated she was authorized to accept service on behalf of Douglas Elliman Realty LLC, D/B/A Prudential Douglas Elliman.

3. Ms. Kurtzberg is a white female with blond hair, brown eyes, about 5'2" tall approximately 34 years old, and about 120 lbs.

_____
Joseph P. McDonnell
Process Server License Number 1224789

Sworn to before me this
25 day of July, 2007.

_____
Notary Public

RODNEY F. FELDER
Notary Public, State of New York
No. 01FE4929488
Qualified in Nassau County
Commission Expires June 11, 2010

NY01/MCDOJO/1225477.1                     -1-