UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEBB COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN.<br><br>Defendants. | CASE NO. 07 CIV 6701<br><br>**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL** |

STATE OF NEW YORK      )
                                          : SS.:
COUNTY OF NEW YORK )

Lauren FitzGerald, being duly sworn, deposes and states:

1. I am not a party to this action and am over 18 years of age.

2. On 31st day of July, 2007, I served the ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE upon the following parties at the address designated by them for service of papers:

Douglas Elliman Realty LLC          Faith Hope Consolo
d/b/a Prudential Douglas Elliman   575 Madison Avenue, 3rd Floor
575 Madison Avenue                    New York, NY 10022
New York, NY 10022

by depositing true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

_____
Lauren FitzGerald

Sworn to before me this
21st day of July, 2007.

_____
Notary Public
DAVID CALDWELL
Notary Public, State of New York
No. 01CA6153217
Qualified in New York County
Commission Expires September 25, 2010

-1-