```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEBB COMMUNICATIONS, INC.,

          Plaintiff,

-against-

FAITH HOPE CONSOLO and DOUGLAS
ELLIMAN REALTY LLC, D/B/A PRUDENTIAL
DOUGLAS ELLIMAN,

          Defendants.

STIPULATION OF
ADJOURNMENT

Case No. 07-Civ-6701
(Castel J.)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the defendant Douglas Elliman Realty LLC, d/b/a Prudential Douglas Elliman's time to Answer or move has been extended to **September 5, 2007**.

A facsimile or electronic signature shall be deemed as if an original.

Date: New York, New York
      August 16, 2007

_____
Paul W. Garrity, Esq.
KELLEY DRYE & WARREN LLP
Attorneys for Plaintiff
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800

_____
Michael S. Cole, Esq.
CASCONE, COLE & COLLYER
Attorneys for Douglas Elliman Realty
LLC, d/b/a Prudential Douglas
Elliman
711 Third Avenue – 15th Floor
New York, NY 10017
Tel: (212) 599-4747

SO ORDERED:

_____
U.S.D.J.

8-30-07