Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 5815)
Jacobson & Colfin, P.C.
60 Madison Avenue, Suite 1026
New York, NY 10010
(212) 691-5630
Attorneys for Defendant
FAITH HOPE CONSOLO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| WEBB COMMUNICATIONS, INC. | : | |
| | : | |
| Plaintiff, | : | Index No. 07 CV 6701 (PKC) |
| | : | |
| - against - | : | |
| | : | RULE 7.1 STATEMENT |
| FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN, | : : : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant FAITH HOPE CONSOLO certifies that defendant has no corporate parent, and that no publicly held corporation owns 10% or more of any stock in defendant Faith Hope Consolo.

Dated: August 30, 2007
      New York, NY

JACOBSON & COLFIN, P.C.

By:___/JEFFREY E. JACOBSON/____
Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 5815)
Attorneys for Defendant CONSOLO
60 Madison Avenue, #1026
New York, NY 10010
Tel. (212) 691-5630

CLI/lit/ConsoloRule71