# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Zuania Capo, being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at 584 First Ave., Apt. 12U, New York, NY 10016. That on the 4th day of September, 2007, deponent served the within Answer With Affirmative Defenses and Counterclaims on the party listed below, by regular mail:

Paul W. Garrity
Matthew D. Marcotte
Kelley Drye & Warren LLP
Attorneys for Plaintiff
101 Park Avenue
New York, NY 10178

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office-official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Zuania Capo

Sworn to before me
this 5th day of September, 2007

_____
NOTARY PUBLIC

cli\lit\affsvc.zc

BONNIE L. MOHR
Notary Public, State of New York
No. 02MO6111834
Qualified in New York County
Commission Expires June 28, 2008