UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEBB COMMUNICATIONS, INC.,

                Plaintiff,

-against-

FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN,

                Defendants.

**RULE 7.1 STATEMENT**

Case No. 07-Civ-6701 (PKC)

---

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant DOUGLAS ELLIMAN REALTY LLC d/b/a PRUDENTIAL DOUGLAS ELLIMAN is a wholly-owned subsidiary of Douglas Elliman Realty, LLC f/k/a Montauk Battery Realty, LLC, a privately-held limited liability corporation. Vector Group, Ltd. and Prudential Financial Inc. are publicly-traded companies which indirectly own more than 10% of Douglas Elliman Realty, LLC's stock.

Dated: September 17, 2007
        New York, New York

                          CASCONE, COLE & COLLYER

                          By: Michael S. Cole (MSC 0636)
                          711 Third Avenue –15th Floor
                          New York, NY 10017
                          Tel: (212) 599-4747
                          Attorneys for Defendant Douglas
                              Elliman Realty LLC