Michael S. Cole (MSC 0636)
Cascone, Cole & Collyer
711 Third Avenue – 15th Floor
New York, NY  10017
Tel:  (212) 599-4747
Attorneys for Defendant
    Douglas Elliman Realty LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEBB COMMUNICATIONS, INC.,

                Plaintiff,

         -*against*-

FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN,

                Defendants.

**AFFIDAVIT OF SERVICE BY USPS FIRST CLASS MAIL**

Case No. 07-Civ-6701
(Castel J.)

---

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )    ss.:

       JENNIFER Y. CHEN, being duly sworn deposes and says:

       1.    I am not a party to this action and I am over the age of 18.

       2.    On September 17, 2007, I personally served the Answer with Cross Claim for the defendant Douglas Elliman Realty LLC and the Rule 7.1 Disclosure Statement for the defendant Douglas Elliman Realty LLC in the above-entitled action upon the following parties:

Paul W. Garrity, Esq.
Kelley Drye & Warren LLP
Attorneys for Plaintiff
101 Park Avenue
New York, NY 10178

Jeffrey E. Jacobson, Esq.
Jacobson & Colfin, P.C.
Attorneys for Defendant Consolo
60 Madison Avenue #1026
New York, NY 10010

Sworn to before me
this 17th day of September, 2007

_____
Notary Public

MICHAEL S. COLE
Notary Public, State of New York
No. 02006077364
Qualified in Nassau County
Commission Expires on July 8, 2010

_____
Jennifer Y. Chen