UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

WEBB COMMUNICATIONS, INC.,

    Plaintiff,

-against-

FAITH HOPE CONSOLO and DOUGLAS ELLIMAN REALTY LLC, D/B/A PRUDENTIAL DOUGLAS ELLIMAN.

    Defendants.

07 Civ. 6701 (PKC)

CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

       This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ. P.

1.    Defendants consent, but plaintiffs do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2.    A jury is requested in this case by plaintiff only.

3.    Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order.

4.    Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than 28 days from the date of this Order. Exceptional circumstances exist in that this extension will allow the parties to pursue settlement

5.    All <u>fact</u> discovery shall be completed no later than January 25, 2008.

6.    The parties are to conduct discovery in accordance with the Federal rules of Civil Procedure and the Local rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

    a.    Initial requests for production of documents to be served by October 29, 2007.

    b.    Interrogatories to be served by December 26, 2007.

    c.    Depositions to be completed by January 25, 2008.

    d.    Requests to Admit to be served no later than December 26, 2007.

7.    a.    All <u>expert</u> discovery shall be completed no later than March 10, 2008.

    b.    No later than thirty (30) days <u>prior to</u> the date in paragraph 5, <u>i.e.</u> the completion of all fact discovery, the parties shall meet and confer on a schedule to expert disclocures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.    All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements. Pursuant to the authority of rule 16(b)(2), Fed. R. Civ. P., a motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days of the close of fact discovery (see paragraph 5 hereof).

9.    All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.    a.    counsel for the parties have discussed the use of information in an early settlement of this case and have agreed upon the following:
Defendants have requested that the Plaintiff immediately produce documents and witnesses, while Plaintiff wishes to proceed with discovery pursuant to the Federal Rules of Civil Procedure.

    b.    Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and./or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:
Plaintiff is prepared to proceed with a settlement conference before a magistrate judge, Defendants assert that they cannot yet determine what mechanism would be appropriate in this case.

    c.    Counsel for the parties recommend that the alternate dispute resolution mechanism designate in paragraph b, be employed at the following point in the case (<u>e.g.</u> within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):
Plaintiff is prepared to proceed with dispute resolution immediately, Defendants assert that they require the production of certain documents and information from Plaintiff before proceeding with dispute resolution.

    d.    The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine (for which the premotion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: Plaintiffs estimate trial will take 2-3 days, while Defendants are unable to make any such estimate at this time.

**TO BE COMPLETED BY THE COURT:** *Refer to Magistrate Judge Gorenstein for settlement purposes.*

13. [Other directions to the parties]

14. The (next Case Management) ~~(Final Pretrial Conference)~~ is scheduled for *February 7, 2008 9:30 a.m.*

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September __, 2007

*The Court recommends that defendant be able to conduct depositions of 30(b)(6) witnesses on the copyrightability*