Oct 22 07 10:56a            P.1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEBB COMMUNICATIONS, INC.,

    Plaintiff,

-against-

FAITH HOPE CONSOLO and DOUGLAS
ELLIMAN REALTY LLC, D/B/A
PRUDENTIAL DOUGLAS ELLIMAN,

    Defendants.

---

CASE NO. 07 CV 6701 (PKC)

STIPULATION

    **IT IS HEREBY STIPULATED AND AGREED,** by and between Webb Communications, Inc., Faith Hope Consolo, and Douglas Elliman Realty LLC, D/B/A Prudential, by and through their undersigned attorneys, that:

    1.    Initial Disclosures pursuant to Rule 26(a)(1) shall be completed no later than November 28, 2008.

NY01/MARCM/1244491.1

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and each counterpart shall be deemed an original. Facsimile signatures shall be binding to the same effect as originals.

DATED: New York, New York
    October 18, 2007

KELLEY DRYE & WARREN LLP

By: _____
Paul W. Garrity (PG 3492)
Matthew D. Marcotte (MM 1530)
101 Park Avenue
New York, New York 10178

*Counsel for Webb Communications, Inc.*

JACOBSON & COLFIN, P.C.

By: _____
Jeffrey E. Jacobson (JEJ 1199)
Bruce E. Colfin (BEC 3815)
60 Madison Avenue
Suite 1026
New York, New York 10010

*Counsel for Faith Hope Consolo*

CASCONE COLE & COLLYER

By: _____
Michael S. Cole (MSC 0636)
711 Third Avenue, 15th Floor
New York, New York 10017

*Counsel for Douglas Elliman Realty LLC*

SO ORDERED

_____
U.S.D.J.

10-23-07

NY01/MARCM/1244491.1      -2-