**MEMO ENDORSED**

# KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

PAUL W. GARRITY
DIRECT LINE. (212) 808-7813
EMAIL: pgarrity@kelleydrye.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

*[Handwritten endorsement:]* Fact discovery is extended to March 14, 2008. Expert discovery is extended to April 30. Case Management conference adjourned from April 1, 2008 to April 4, 2008 at 9:30 a.m.

SO ORDERED
[signature] P. Kevin Castel USDJ
11-15-07

November 16, 2007

BY HAND

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York NY 10007

Re: Webb Communications, Inc. v. Faith Hope Consolo, et ano.
No. 07 CV 6701 (PKC)

Your Honor:

We represent plaintiff Webb Communications, Inc. ("Webb") in this matter, and write, with consent of counsel for the defendants, to request an extension of the current schedule in this case. On November 15, 2007, the parties proceeded with a settlement conference before Magistrate Judge Gorenstein, and, in the course of the conference, the parties agreed to a further settlement conference on December 10, 2007 to allow the parties to further consider settlement.

In light of the ongoing settlement negotiations between the parties, we request that all current deadlines be extended by 75 days to allow the parties to continue to pursue settlement negotiations.

Respectfully submitted,

Paul W. Garrity

cc: Jeffrey E. Jacobson, Esq. (by fax)
Michael S. Cole, Esq. (by fax)

NY01/MARCM/1250612.1